No. 392. DIPSON THEATRES, INC. v. BUFFALO THEATRES, INC. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Robert L. Wright* for

petitioner.  *Frank G. Raichle, Edward C. Raftery* and *John F. Caskey* for respondents.  *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* in support of the petitioner.